UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION
**Case Number:  18-14011-CIV-MARTINEZ-MAYNARD**

MELODY PASCHAL,
      Plaintiff,

vs.

PROG LEASING, LLC,
      Defendant.

_____/

### ORDER APPROVING STIPULATION TO STAY CASE AND COMPEL ARBITRATION; DENYING ALL PENDING MOTIONS AS MOOT; AND ADMINISTRATIVELY CLOSING THE CASE

THIS CAUSE came before the Court upon the parties' Stipulation to Stay Case and Compel Arbitration [ECF No. 12]. The parties have agreed to arbitrate their claims in this action pursuant to an arbitration agreement entered into by the parties. The parties request this Court to order all claims in this action be submitted to arbitration and stay this action pending resolution of the arbitration proceeding. After careful consideration, it is hereby:

**ORDERED AND ADJUDGED** as follows:

1.     The parties' Stipulation to Stay Case and Compel Arbitration is hereby **APPROVED**. The claims in this action shall be submitted to arbitration pursuant to the arbitration agreement entered into by the parties.

2.     This action is hereby **STAYED** pending resolution of the arbitration proceeding, with each party to bear its own fees and costs. Following the completion of arbitration, it is the responsibility of the parties to file a motion to lift the stay and reopen the case.

3.     The Clerk is **DIRECTED** to **DENY ALL PENDING MOTIONS AS MOOT**.

4.     The Clerk shall **ADMINISTRATIVELY CLOSE** this case for statistical purposes only. This shall not affect the substantive rights of the parties.

DONE AND ORDERED in Chambers at Miami, Florida, this 20 day of February, 2018.

JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Maynard
All Counsel of Record